UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

WENCESLAO CARRERA,                                :

          Plaintiff,                                :

     -against-                                          :

NEGRIL CHELSEA, INC., MARVA LAYNE   :
& CHARLTON HAYLE,
                                                   :

         Defendants.
                                                   :
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/18/10

09 Civ. 9042 (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

With the parties' consent (see today's conference transcript), this case is dismissed without prejudice and without costs.

SO ORDERED.

Dated:      New York, New York
              May 18, 2010

                                                   Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Robert L. Kraselnik, Esq.
                                          Frank P. Castel, Esq.

C:\OPIN\